AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Hyson Kelly <br> *Plaintiff* <br> v. <br> City of Ridgeland, Richard V. Woods, Chief of Police for the City of Ridgeland <br> *Defendants* | ) <br> ) <br> ) Civil Action No.   9:07-4174-CWH <br> ) <br> ) <br> ) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: summary judgment is entered for the defendants City of Ridgeland and Richard V. Woods, Chief of Police for City of Ridgeland against the plaintiff Hyson Kelly.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable C. Weston Houck, United States District Judge presiding. The court having granted the defendants' motion for summary judgment.

Date:   October 28, 2010                                              *CLERK OF COURT*

                                                                                            s/Eunice Ravenel-Bright
                                                                                            *Signature of Clerk or Deputy Clerk*